No. 01–6359.  WOODRUFF v. GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–6362.  OLMOES ENRIQUEZ v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–6363.  CHURCH v. CITY COLLEGE ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–6364.  BERRY v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 01–6371.  RUSSELL v. GEARINGER, WARDEN.  Sup. Ct. Ga. Certiorari denied.

No. 01–6372.  SIMS v. KENT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–6374.  LESLIE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–6376.  HERZOG v. THOMPSON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–6382.  PORTER v. MORROW, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 01–6386.  AVILA-MERCADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6387.  LEWIS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–6392.  PRICE v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY (CALIFORNIA, REAL PARTY IN INTEREST).  Sup. Ct. Cal.  Certiorari denied.

No. 01–6397.  CARPENTER v. COX.  C. A. 7th Cir.  Certiorari denied.

No. 01–6403.  WRAY v. GARDINE ET AL.  C. A. 8th Cir.  Certiorari denied.